UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOSEPH FERRAGONIO, individually,
    Plaintiff,

v.

CAPIO PARTNERS, LLC,                     **JURY DEMAND**
a foreign limited liability company,
    Defendant.
_____/

## COMPLAINT

1. Plaintiff JOSEPH FERRAGONIO alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") against Defendant CAPIO PARTNERS, LLC.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k as this is a civil action arising under the laws of the United States.

3. This Court has personal jurisdiction over the Defendant because the letters forming the basis of this action were sent by the Defendant into this District, and because Defendant conducts business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4. Venue in this District is proper because the Plaintiff resides here and received telephone calls from Defendant within this District.

## PARTIES

5. Plaintiff JOSEPH FERRAGONIO is a natural person and a citizen of the State of Florida, residing in Broward County, Florida.

6. Defendant CAPIO PARTNERS, LLC ("Capio Partners") is a debt collector that operates from offices located at 2222 Texoma Parkway, Suite 150 Sherman, TX 75090; Plaintiff further alleges that Capio Partners is a citizen of the State of Texas.

7. Defendant regularly collects or attempts to collect consumer debts for other persons.

8. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. In February 2013, the Plaintiff was involved in a motor vehicle accident and transported to Plantation General Hospital for emergency medical treatment.

10. The Plaintiff allegedly incurred a consumer debt to Plantation General Hospital in connection with said emergency medical treatment.

11. The Plaintiff allegedly defaulted on said debt.

12. Plantation General Hospital subsequently engaged the services of Defendant Capio Partners to attempt to collect said debt.

13. On October 16, 2013, Capio Partners sent a dunning letter to the Plaintiff representing that the Plaintiff's outstanding balance due to Plantation General Hospital was $3,633.56. A copy of said dunning letter is attached hereto as Exhibit A.

14. Capio Partners subsequently discovered that the Plaintiff had retained a lawyer to represent him in connection with the motor vehicle crash that gave rise to Plaintiff's visit to Plantation General Hospital, and concluded that the Plaintiff probably had access to greater funds than originally thought.

15. Consequently, on November 4, 2013, Defendant Capio Partners sent a second dunning letter in connection with the Plaintiff's debt, this time addressed to the Plaintiff's attorney, Jason Neufeld, Esq.

16. This second dunning letter listed the same account number as the October 16, 2013 letter, but represented that the outstanding balance due to Plantation General Hospital was $12,977.00.  A copy of said second dunning letter is attached hereto as <u>Exhibit B</u>.

**COUNT I**
**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**

17. Plaintiff incorporates paragraphs 1 through 16 herein.

18. Defendant violated 15 U.S.C. § 1692e(2)(A) of the Fair Debt Collection Practices Act by falsely representing the amount of the debt allegedly owed to Plantation General Hospital in its two dunning letters to the Plaintiff and Plaintiff's attorney.

WHEREFORE, Plaintiff JOSEPH FERRAGONIO, requests that the Court enter judgment in favor of Plaintiff and against Defendant CAPIO PARTNERS, LLC for:

  a. actual damages;

  b. statutory damages of $1,000.00;

  c. attorney's fees, litigation expenses, and costs of the instant suit, and;

  d. such other or further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands trial by jury.

Dated this 9th day of January, 2014.

> BRET L. LUSSKIN, Esq.
> *Attorney for Plaintiff*
> 20803 Biscayne Blvd., Ste 302
> Aventura, Florida 33180
> Telephone: (954) 454-5841
> Facsimile: (954) 454-5844
> blusskin@lusskinlaw.com
>
> By:  /s/ Bret L. Lusskin, Esq.
>       Bret L. Lusskin, Esq.
>       Florida Bar No. 28069

3